# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, et al., | ) ) ) | CASE NO. 5:11CV350 |
| PLAINTIFFS, | ) ) | JUDGE SARA LIOI |
| vs. | ) ) | |
| PACIFIC EMPLOYERS INSURANCE COMPANY, | ) ) ) | **JUDGMENT ENTRY** |
| DEFENDANT. | ) ) | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion and Order, it is hereby **ORDERED, ADJUDGED and DECREED** that the above-captioned case is **DISMISSED** as barred by the doctrine of *res judicata*.

**IT IS SO ORDERED**.

Dated: February 27, 2013

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**