IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, et al., | )<br>)  Case No. 5:11CV350<br>) |
| Plaintiffs, | )  Judge Sara Lioi<br>) |
| vs. | )  Magistrate Judge George J. Limbert<br>) |
| PACIFIC EMPLOYERS INSURANCE COMPANY | )<br>)  **NOTICE OF APPEAL**<br>) |
| Defendant. | ) |

Notice is hereby given that Plaintiffs Bridgestone Americas Tire Operations, LLC and Firestone Polymers, LLC, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment and the memorandum opinion and order entered in this action on February 27, 2013.

Respectfully submitted,

*/s/ Robert L. Tucker*
David J. Hanna (0023498)
David T. Moss (0014968)
John R. Chlysta (0059313)
Robert L. Tucker (0023491)
Hanna, Campbell & Powell, LLP
3737 Embassy Parkway, Suite 100
Akron, OH 44333
330-670-7300
330-670-7459
dhanna@hcplaw.net
dmoss@hcplaw.net
jchlysta@hcplaw.net
ltucker@hcplaw.net

*Attorneys for Plaintiffs-Appellants,*
*Bridgestone Americas Tire Operations, LLC*
*And Firestone Polymers, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March 2013, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Robert L. Tucker*

<<HCP #669225-v1>>

2