Case No. 13-3430

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; FIRESTONE POLYMERS, LLC

    Plaintiffs - Appellants

v.

                                                                                                                             5:11cv350 - SL

PACIFIC EMPLOYERS INSURANCE COMPANY

    Defendant - Appellee

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                                  **ENTERED PURSUANT TO RULE 33,**
                                                  **RULES OF THE SIXTH CIRCUIT**
                                                  Deborah S. Hunt, Clerk

Issued: July 29, 2013